NUMBER 13-00-410-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SECOND CENTURY INVESTMENTS, ET AL.
, Appellants,


v.



LOWER PLACE, LTD., ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 296th District Court


of Collin County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellants, SECOND CENTURY INVESTMENTS, ET AL., perfected an
appeal from a judgment entered by the 296th District Court of Collin County,
Texas, in cause number 296-73-99. After the record was filed, appellants
filed a motion to dismiss the appeal. In the motion, appellants state that all
claims and issues in the appeal have been compromised and settled. 
Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants'
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.